# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0220
_____

JOSEPH DAVID DAVIS,

   Appellant,

v.

LINDSEY TAYLOR NOLEN,

   Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Stephen A. Pitre, Judge.

April 18, 2024

PER CURIAM.

   AFFIRMED.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jason Cromey of Cromey Law, P.A., Pensacola, for Appellant.

No Appearance for Appellee.